# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JOSEPH GARWOOD,

        Plaintiff,

v.                               CASE NO.  4:08cv234-RH/WCS

THE HONORABLE E. VERNON
DOUGLAS, et al.,

        Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 6), to which no objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED.  The clerk shall enter judgment stating, "This action is DISMISSED with prejudice."  The clerk shall close the file.

SO ORDERED on June 28, 2008.

s/Robert L. Hinkle
Chief United States District Judge